**Order entered March 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00305-CV

### IN THE INTEREST OF B.T.G., A CHILD

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-12707**

## ORDER

We **GRANT** appellant's March 20, 2014 unopposed motion for extended time to file

reply brief and **ORDER** the brief be filed no later than April 7, 2014.


         /s/     ELIZABETH LANG-MIERS
                 JUSTICE